NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLACKFEET HOUSING,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5141

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0004, Judge Christine O.C. Miller.

---

**JUDGMENT**

---

TERRYL T. MATT, Matt Law Offices, PLLC, of Cut Bank, Montana, argued for plaintiff-appellant.

PETER KRZYWICKI, Attorney, Appellate Section, Environment & Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief was IGNACIA S. MORENO, Assistant Attorney General. Of counsel was KENNETH DEAN ROONEY, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 15, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk |